*James M. Ralls*, assistant state's attorney, in opposition.

Decided May 28, 2003

GILBERT R. GAUVIN *v.* RALPH MARCARELLI

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*John R. Williams*, in support of the petition.

*Paul E. Pollock* and *Linda D. D'Albis*, in opposition.

Decided May 28, 2003

DEE C. CHESHIRE *v.* EUSTACE H. LEWIS, JR., ET AL.

*Eustace H. Lewis, Jr.*, pro se, in support of the petition.

*Jane Cable*, in opposition.

Decided June 4, 2003

KAREN TRACY *v.* ALLSTATE INSURANCE COMPANY